United States District Court
For The Eastern District of Arkansas

Cecil A. Coles, Plaintiff

V.

Herbert L. Hahn, MD, Defendant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 28 2011
JAMES W. McCORMACK, CLERK
By: CC DEP CLERK

MAR 28 2011
JAMES W. McCORMACK, CLERK

4:11cv272 DPM

The plaintiff in this cause action is Mr. Cecil A. Coles, who brings this matter to this honorable Court and states the following: That his address is 5022 Summitwood unit #1 San Antonio Texas 78229 and, that at time of violation and/or damages to my person, I did live at address 22 Oakridge Drive Maumelle, Arkansas 72113.

That doctor Herbert L. Hahn, hereinafter as the defendant. The defendant is employed as a surgeon for Baptist Health Medical Center in Little Rock Arkansas. And also, doctor Hahn is employed with Ortho Arkansas at: 10301 Kanis Road Little Rock, AR 72205

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

Federal Jurisdiction

The plaintiff in this action invokes this Courts jurisdiction over this matter under statute 28 U.S.C. Section 1331; 28 U.S.C. Section 1332 and/or 42 U.S.C. Section 1983, and 28

Pg. 1

U.S.C. Section 1343. Moreove, the plaintiff believes that he would not be given the same consideration when determining the facts in this matter on the State Court Levels. For an example: The amount of compensation for pain and suffering, loss of wages, etc.

Whereby, Venue is properly placed in the judicial district of this honorable court for determination and consideration of facts set herein.

## The Complaint

1. On July 8, 2009 Doctor Herbert Leonard Hahn did perform a total left knee replacement on this plaintiff using a Stryker Triathion total knee prosthesis size 5 noncemented press-fit cruciate-retaining femoral component, a size 5 cemented tibial baseplate, a 9-m cruciate-retaining insert, a size 35-mm asymmetrical all polyethylene cemented patellar component.

2. The above surgical proceedures left the plaintiff crippled in the left leg.

3. The operation lef plaintiff to suffer continuous pain in his left knee for close to (2) two years and to this date plaintiff stiff is in

Pg 2

Pain, day after day and night after night and the defendant would not help me (plaintiff) with suffering pain.

3. My wife made calls to the doctors office many times over about the continuous pain several months after the surgery. The defendant did examine me on (3) occasions but did nothing other than to order pain medications.

4. Around December of 2009, the defendant doctor Hahn spoke with me (plaintiff) and advised that he needed to perform a different operation on my leg in as soon as possible. His decision came five (5) months after dozens of complaints of pain and also several doctors examinations by this very doctor.

5. During each examination the doctor noted continuous swelling of the surgical area and above the area of surgery, but the doctor waited approximately five months to schedule and prepare for any corrective surgery, only after I sought a new doctor.

6. In the interim, the plaintiff sought a second professional medical examination and opinion by doctor William F. Hefley on or about December 2, 2009. After the

Pg-3

X-rays taken by Dr. Hefley, the plaintiff then discovered that Dr. Hahn, the plaintiff incerted into my leg and to replace my original knee, the Stryker knee replacement device.

7. Doctor Herber Hahn, the defendant, did not at anytime before the surgery inform me as to any information about the knee replacement device he would use to replace my bad knee and I did ask the doctor to show me the particular device. The device shown to me was not the same as the one in the exray photo. The defendant did not ever mention or tell me that he would use the Stryker knee replacement device and I did ask to be shown what was going to be put into my body on at least (3) doctor's visits before the surgery.

8. In or around, between and/or about the year of 2007 to 2009 the was a recall on the Stryker knee replacement parts and/or devices. The recall notice by Stryker was sent out to their customers and Baptis Health knew this as well as the defendant doctor Hahn.

Moreover, the doctor did not properly prepare for the correct size of the device surgically implanted to my leg because my knee is at least four (4) times

Pg. 4

it's normal size before the surgery. The defendant did not take correct measurments of my left knee bones and bone structure in order to size said device before applying this device to my body. This bad practice caused sever pain and suffering to my person, both mentally and physically.

9. Because of the above stated facts, and all other claims of bodily harm, damage, pain and futher ongoing suffering due to pain and the deformed state in which the doctor left me in to live, I am suing doctor Herbert L. Hahn in his official capacity and I am also suing doctor Hahn is his individual capacity for damages of Seventy five thousand dollars in lost employment wages or the approximate amount lost from the date of the bad surgery to the time this honorable court order and inters a judgement.

10. I am suing doctor Hebert L. Hahn in his official and individual capacitys (capacities) for the destruction of my left leg and leaving me to live in a crippled state in the amount of One Million dollars.

11. Futhermore, I am suing doctor Herber L.

Pg. 5

Hahn, in his official and individual capacity (capacities) for the pain and suffering to my person, both physically and mentally and/or emotionally for close to (2) two years and counting, in the amount of One Million dollars.

12. The plaintiff herein reserves his rights to and therefore request this honorable Court to grant permission to add other defendants in this law suite at a later date and/or as new evidence and information pertinent to this matter comes to Light.

The plaintiff hereinafter, Cecil Coles, hereby request this Court to grant a jury trial. This Court has authority and jurisdiction to hear this case and grant a trial by jury under 28 U.S.C. Section 1331; and 42 U.S.C. Section 1983.

Respectfully Submitted,
Plaintiff, Cecil A. Coles
Plaintiff, Cecil A. Coles
5022 Summit Wood Unit #1
San Antonio, TX 78229
Phone # (501) 215-0259

Pg. 6