IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CECIL A. COLES                                                                                           PLAINTIFF

v.                                              No. 4:11-cv-272-DPM

HERBERT L. HAHN, M.D., in his
official and individual capacities;
ORTHO ARKANSAS, P.A.; and
BAPTIST HEALTH                                                                                     DEFENDANTS

ORDER

The Court was curious about why Coles had neither responded to Baptist's motion to dismiss nor replied to Baptist's response in opposition to his motion for summary judgment. The Court now understands why — the certificates of service on these papers show that copies were sent to Coles's old address in Maumelle, Arkansas. The Clerk is therefore directed to send copies of this Order and Document Nos. 46–51 to Coles at his new address in San Antonio, Texas; and all counsel are directed to the notice of change of address filed by Coles on 24 August 2011, *Document No. 32*. In light of this confusion, Coles has until 6 January 2012 to respond to the motion to dismiss, *Document No. 47*, and reply to the response to his motion for summary judgment, *Document No. 49*.

used

The Court also received Baptist Health's request for a hearing on the pending motions via the attached letter. The Court will wait to see if and how Coles responds and will review the papers before determining if a hearing is necessary.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

16 Dec. 2011