IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CECIL A. COLES                                                              PLAINTIFF

v.                               No. 4:11-cv-272-DPM

HERBERT L. HAHN, M.D., in his
official and individual capacities;
ORTHOARKANSAS, P.A.; and
BAPTIST HEALTH                                                           DEFENDANTS

ORDER

Motion to compel, *Document No. 54*, granted as modified. Coles's responses to the interrogatories and requests for production of documents are more than two months overdue. The Court orders Coles to respond to this basic discovery by 13 February 2012. He is further ordered to provide Hahn and OrthoArkansas with an executed medical authorization and list of medical providers by the same date. Coles should file notice with the Court by February 13th certifying that he has complied with this Order.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2012