# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CECIL A. COLES**                                                                 PLAINTIFF

v.                                 No. 4:11-cv-272-DPM

**HERBERT L. HAHN, M.D.,** in his
official and individual capacities;
**ORTHOARKANSAS, P.A.;** and
**BAPTIST HEALTH**                                                              DEFENDANTS

## ORDER

Coles's motion, *Document No. 65*, denied as moot. The Defendants should treat it as a request for production. No motion or filing is necessary for discovery requests.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 February 2012