IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CECIL A. COLES**                                                                                          **PLAINTIFF**

v.                                    No. 4:11-cv-272-DPM

**HERBERT L. HAHN, M.D., in his
official and individual capacities; ORTHO
ARKANSAS SPORTS MEDICINE and BAPTIST
HEALTH SYSTEMS, Administration**                            **DEFENDANT**

### ORDER

The Defendants have moved for summary judgment. *Document No. 76.* Coles's response is overdue. *Local Rule 7.2(b).* Coles must respond by 16 January 2013. If he does not, the Court will assume that Coles concedes the motion.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 7 January 2013