IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CECIL A. COLES**                                                              PLAINTIFF

v.                                  No. 4:11-cv-272-DPM

**HERBERT L. HAHN, M.D., in his
official and individual capacities;
ORTHO ARKANSAS SPORTS
MEDICINE, P.A.; and BAPTIST
HEALTH SYSTEMS**                                                           DEFENDANTS

## JUDGMENT

Coles's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 February 2013